# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**KENNETH C. HAAS, JR.,**<br><br>　　　　　　　**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-10699 REF** |

## CERTIFICATE OF NO RESPONSE RE: MOTION TO MODIFY PLAN

　　　The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Modify Plan, which was served upon all parties of interest on May 1, 2017.

Dated: October 5, 2017

　　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　**Hartman, Valeriano, Magovern & Lutz, PC**

　　　　　　　　　　　**by:**　　/s/ George M. Lutz
　　　　　　　　　　　　　　　　　　　　────────────────────────
　　　　　　　　　　　　　　　　　　　　**George M. Lutz, Esquire**
　　　　　　　　　　　　　　　　　　　　**1100 Berkshire Boulevard, Suite 301**
　　　　　　　　　　　　　　　　　　　　**Wyomissing, PA  19610**
　　　　　　　　　　　　　　　　　　　　**Pa. Attorney ID No.: 46437**
　　　　　　　　　　　　　　　　　　　　**Attorneys for Debtor**