UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| KENNETH C. HAAS, JR., | Bankruptcy No. 14-10699 REF |
| Debtor | |

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: October 12, 2017**

_____
**Richard E. Fehling
United States Bankruptcy Judge**

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

**Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606**