United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10699-ref
Kenneth Carl Haas, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR             Page 1 of 1             Date Rcvd: Oct 12, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db          #+Kenneth Carl Haas, Jr.,   2312 Covington Ave.,   Bethlehem, PA 18017-5004
cr           +Nissan Motor Acceptance Corporation,   PO BOX 660336,   Dallas, TX 75266-0336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Kenneth Carl Haas, Jr. glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor   JP Morgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re: | Chapter 13 Bankruptcy |
| **KENNETH C. HAAS, JR.,** | **Bankruptcy No. 14-10699 REF** |
| **Debtor** | |

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Amended Chapter 13 Plan is CONFIRMED.

**BY THE COURT:**

**Date: October 12, 2017**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, P.C.**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**

**Office of the United States Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA  19107**

**Frederick L. Reigle, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**P.O. Box 4010**
**Reading, PA  19606**