# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re: | Chapter 13 Bankruptcy |
| KENNETH C. HAAS, JR., | Bankruptcy No. 14-10699 REF |
| Debtor | |

## ORDER

AND NOW, upon consideration of the Debtor's Application to Reconsider and Amend Order Granting Motion to Modify Plan ("Application"),

IT IS HEREBY ORDERED that this Court's October 12, 2017 order, granting the Motion to Modify Plan, is amended to read as follow:

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan, filed of record on October 14, 2017 as an Exhibit to the Application, is CONFIRMED.

BY THE COURT:

**Date: October 17, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
POB 4010
Reading, PA  19606