**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  <br><br>**KENNETH C. HAAS, JR.,**  <br><br>**Debtor** | **Chapter 13 Bankruptcy**  <br><br>**Bankruptcy No. 14-10699 REF** |

## ADDENDUM TO THIRD AMENDED CHAPTER 13 PLAN

The Debtor hereby files this Addendum to the Third Amended Chapter 13 Plan, and states as follows:

Section 2.b.i. of the Third Amended Chapter 13 Plan is amended to read as follows:

i. Nationstar Mortgage (Proof of Claim No. 6) (1st Mortgage on residential real estate): The sum of $2,236.16 has been paid to Nationstar Mortgage through the Plan, prior to the filing of the Third Amended Chapter 13 Plan. Said amount will be retained by Nationstar Mortgage. No further payments will be made to Nationstar Mortgage through the Plan. Nationstar Mortgage will be allowed to exercise its state law rights, if any, to repossess the collateral, if any, securing its claim.

**Date:** October 19, 2017

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz

_____

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**