United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Carl Haas, Jr.  
       Debtor

Case No. 14-10699-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 17, 2017  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.  
db          #+Kenneth Carl Haas, Jr.,    2312 Covington Ave.,    Bethlehem, PA 18017-5004  
cr          +Nissan Motor Acceptance Corporation,    PO BOX 660336,    Dallas, TX 75266-0336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:  
       ANDREW  SPIVACK    on behalf of Creditor   NATIONSTAR MORTGAGE LLC paeb@fedphe.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       GEORGE M. LUTZ    on behalf of Debtor Kenneth Carl Haas, Jr. glutz@hvmllaw.com,  
        amerkey@hvmllaw.com;r49419@notify.bestcase.com  
       JEROME B. BLANK    on behalf of Creditor   JP Morgan Chase Bank, National Association  
        paeb@fedphe.com  
       JOSEPH ANGEO DESSOYE    on behalf of Creditor   NATIONSTAR MORTGAGE LLC paeb@fedphe.com  
       KEVIN S. FRANKEL    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a  
        Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
        bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM EDWARD CRAIG    on behalf of Creditor   Nissan Motor Acceptance Corporation  
        ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                     TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>**KENNETH C. HAAS, JR.,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-10699 REF** |

## ORDER

AND NOW, upon consideration of the Debtor's Application to Reconsider and Amend Order Granting Motion to Modify Plan ("Application"),

IT IS HEREBY ORDERED that this Court's October 12, 2017 order, granting the Motion to Modify Plan, is amended to read as follow:

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan, filed of record on October 14, 2017 as an Exhibit to the Application, is CONFIRMED.

**Date: October 17, 2017**

BY THE COURT:

**Richard E. Fehling**
**United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Boulevard, Suite 301**
**P.O. Box 5828**
**Wyomissing, PA  19610**

**Office of the United States Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA  19107**

**Frederick L. Reigle, Esquire**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**POB 4010**
**Reading, PA  19606**