**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **KENNETH CARL HAAS, JR.,** | **Bankruptcy No. 14-10699 REF** |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the *Addendum to the Third Amended Chapter 13 Plan* was served upon the addresses listed below by way of electronic means on October 19, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Nissan Motor Acceptance Corporation - mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

JOSEPH ANGEO DESSOYE on behalf of Creditor NATIONSTAR MORTGAGE LLC - paeb@fedphe.com

KEVIN S. FRANKEL on behalf of Creditor NATIONSTAR MORTGAGE LLC - pa-bk@logs.com

ANDREW SPIVACK on behalf of Creditor NATIONSTAR MORTGAGE LLC - paeb@fedphe.com

MATTEO SAMUEL WEINER on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust - bkgroup@kmllawgroup.com

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

      by:    *s/Alyssa J. Merkey*
                1100 Berkshire Blvd., Suite 301
                Wyomissing, PA  19610
                Phone:  610-779-0772