**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **KENNETH C. HAAS, JR.,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-10699 REF** |

**PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly change the Debtor's address to the following:

        2328 Heather Lane
        Gilbertsville, PA 19525

Date:   November 10, 2017

                Respectfully submitted,

                **Hartman, Valeriano, Magovern & Lutz, P.C.**

   by:   */s/ George M. Lutz*

                George M. Lutz, Esquire
                1100 Berkshire Blvd., Suite 301
                Wyomissing, PA  19610
                Attorney I.D. No. 46437
                Phone:  610-779-0772