**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **KENNETH CARL HAAS, JR.,** | **Bankruptcy No. 14-10699 REF** |
| **Debtor** | |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  November 15, 2017

                                      Respectfully submitted,

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                by:    */s/ George M. Lutz*

                                      George M. Lutz, Esquire
                                      1100 Berkshire Blvd., Suite 301
                                      Wyomissing, PA  19610
                                      Attorney I.D. No. 46437
                                      Phone:  610-779-0772