**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**KENNETH CARL HAAS, JR.,**<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 14-10699 REF |
|---|---|

**ORDER**

UPON CONSIDERATION of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,526.00, for reimbursement of actual, necessary fees and expenses in the amount of $84.30, for the period of May 18, 2015 through October 25, 2017.

**Date: November 17, 2017**

BY THE COURT:

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Kenneth C. Haas, Jr.
2312 Covington Avenue
Bethlehem, PA 18017

**All creditors**