## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **KENNETH CARL HAAS, JR.** | : | BK. No. 14-10699 REF |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | : | |
| **Movant** | : | |
| v. | : | |
| **KENNETH CARL HAAS, JR.** | : | 11 U.S.C. §362 |
| **Respondent** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2312 COVINGTON AVENUE, BETHLEHEM, PA 18017-5004(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: January 12, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE,
P.O. BOX 4010
READING, PA 19606

KENNETH C. HAAS, JR
2328 Heather Lane
Gilbertsville, PA 19525

GEORGE M. LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 301, P.O. Box 5828
Wyomissing, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107