United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-10699-ref
Kenneth Carl Haas, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR            Page 1 of 1           Date Rcvd: Jan 12, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
db         +Kenneth Carl Haas, Jr.,    2328 Heather Lane,    Gilbertsville, PA 19525-9792
cr         +Nissan Motor Acceptance Corporation,    PO BOX 660336,    Dallas, TX 75266-0336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Kenneth Carl Haas, Jr. glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    JP Morgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **KENNETH CARL HAAS, JR.** : | BK. No. 14-10699 REF |
| Debtor : | |
| : | Chapter No. 13 |
| **JPMORGAN CHASE BANK, NATIONAL** : | |
| **ASSOCIATION** : | |
| Movant : | |
| v. : | |
| **KENNETH CARL HAAS, JR.** : | 11 U.S.C. §362 |
| Respondent : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, upon Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2312 COVINGTON AVENUE, BETHLEHEM, PA 18017-5004(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: January 12, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE,
P.O. BOX 4010
READING, PA 19606

KENNETH C. HAAS, JR
2328 Heather Lane
Gilbertsville, PA 19525

GEORGE M. LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 301, P.O. Box 5828
Wyomissing, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107