**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br>Kenneth Carl Haas, Jr.<br>　　　　　Debtor(s). | Case No. **14-10699**<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #9-1** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 7/21/2014 and assigned as Claim number 9-1 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 9-1 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: March 29, 2018

Respectfully submitted,
Bonial & Associates, P.C.


/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for JP Morgan Chase Bank, National Association

- 1 -

**CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM**

   I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 30th day of March, 2018 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
**Kenneth Carl Haas, Jr.**
2328 Heather Lane
Gilbertsville, PA 19525
NORTHAMPTON-PA

**Debtors' Attorney**
**GEORGE M. LUTZ**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610
(610) 779-0772
Fax : (610) 779-7473
Email: glutz@hvmllaw.com

**Chapter 13 Trustee**
**LISA MARIE CIOTTI**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
610-779-1313
Email: ecfmail@fredreiglech13.com

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

              /s/ John Rafferty
              John Rafferty