United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-10699-amc
Kenneth Carl Haas, Jr.                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db          +Kenneth Carl Haas, Jr.,   2328 Heather Lane,   Gilbertsville, PA 19525-9792
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr          +JP Morgan Chase Bank, National Association,   14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +Nissan Motor Acceptance Corporation,   PO BOX 660336,   Dallas, TX 75266-0336
13234452    +AMERICAN EXPRESS,   PO Box 981537,   El Paso, TX 79998-1537
13330936     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13234453    +Asset Acceptance, LLC,   c/o Fulton, Friedman & Gullace, LLP,   130 B Gettysburg Pike,
              Mechanicsburg, PA 17055-5653
13234455    +Chase Card Services,   PO Box 15298,   Wilmington, DE 19850-5298
13234456    +Fritch,   116 River Street,   P.O. Box 1037,   Bethlehem, PA 18016-1037
13407214    +Fritch, Inc.,   c/o John S. Harrison, Esq.,   38 West Market Street,   Bethlehem, PA 18018-5703
14003631    #+George M. Lutz, Esquire,   Hartman, Valeriano, Magovern & Lutz, P.C,   1100 Berkshire Blvd,
              Suite 301,   Wyomissing, PA 19610-1292
13386251    +George M. Lutz, Esquire,   Case, DiGiamberardino & Lutz, P.C.,   845 North Park Road, Suite 101,
              Wyomissing, PA 19610-1342
13351807     JPMorgan Chase Bank, N.A.,   Chase Records Center,   Attn: Correspondence Mail,
              700 Kansas Lane, Monroe, LA 71203
13234460    +Michael B. Volk,   Fulton Friedman & Gullace, LLP,   130B Gettysburg Pike,
              Mechanicsburg, PA 17055-5653
13501989    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,   PO BOX 619096,   Dallas, TX 75261-9741)
13234463    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan Acceptance,   7900 Ridgepoint Dr.,   Irving, TX 75063)
13234462     Nationstar Mortgage,   POB 199111,   Dallas, TX 75219
13501990    +Nationstar Mortgage,   PO BOX 619094,   Dallas,  TX 75261-9094
13242399     Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
13234465    +Trisha J. Haas,   583 Beil Avenue,   Nazareth, PA 18064-1052
13234466    +WELLS FARGO,   PO Box 14517,   Des Moines, IA 50306-3517
13234467    +WFFNB/Raymour & Flanigan,   CSCL Dispute Team,   MAC N8235-04M,PO Box 14517,
              Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:36
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13241511    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 18 2019 03:37:54     Asset Acceptance LLC,
              Po Box 2036,   Warren MI 48090-2036
13234454    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:30:08     CAPITAL ONE,
              PO Box 30281,   Salt Lake City, UT 84130-0281
13234457    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:56     GECRB/LOWES,   PO Box 965005,
              Orlando, FL 32896-5005
13234458     E-mail/Text: cio.bncmail@irs.gov Jul 18 2019 03:37:08     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
13234459    +E-mail/Text: bk.notifications@jpmchase.com Jul 18 2019 03:37:23     JP Morgan Chase Bank,
              POB 901076,   Fort Worth, TX 76101-2076
13234461    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:37:55     MIDLAND CREDIT MGMT INC,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13234464     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:16
              PORTFOLIO RECOVERY ASSOC,   Riverside Commerce Center,   120 Corporate Blvd Ste 100,
              Norfolk, VA 23502
13294442     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:14
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13324253*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Department,
              P.O. Box 630267,   Irving, TX 75063)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              GEORGE M. LUTZ    on behalf of Debtor Kenneth Carl Haas, Jr. glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    JP Morgan Chase Bank, National Association
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kenneth Carl Haas, Jr.

      Debtor(s)

Bankruptcy No: 14–10699–amc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/17/19

82 – 81
Form 138_new